**Cora HILL, Prophetess, Plaintiff— Appellant,**

**and**

**WORLD DELIVERANCE HEALTH FOUNDATION, Incorporated; Tree of Life Ministries, Plaintiffs,**

**v.**

**American Medical Association (AMA); American Hospital Association (AHA); U.S. Department of Health & Human Services, Office of AIDS Research, Defendants—Appellees.**

**No. 01–1974.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Cora Hill, Appellant Pro Se.

Brenda Straub McClearn, Sharpless & Stavola, P.A., Greensboro, North Carolina; Robert Joseph Morris, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Carolina; John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

UNPUBLISHED

PER CURIAM.

Cora Hill appeals the magistrate judge's orders * granting the Defendants' motions to dismiss this action alleging that the Defendants "torted" the general public by leading it to believe that there was no hope for those afflicted with HIV/AIDS. We have reviewed the record and the magistrate judge's orders and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Hill v. American Med. Ass'n,* No. CA–00–182–1 (M.D.N.C. Nov. 20, 2000 & June 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

\* The parties consented to the exercise of jurisdiction by a magistrate judge.